Exhibit A to the Complaint
4:21-cv-3280

**Location:** Spring, TX  **IP Address:** 98.201.159.231
**Total Works Infringed:** 84  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2EF97AECCC38D98DF6E085555175D3FDA731DDC2<br>File Hash: 7B7DF98DFE749A8BE2F770AD918830899CECC0297FE4C9D9934926CF046C0757 | 09-06-2021 03:35:37 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 2 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 09-02-2021 08:03:46 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 3 | Info Hash: 747D3FC7E024B3165FFCC028FBD37CBE09D1B640<br>File Hash: B0D40E41F0DC9D5094ADFC31E36D551DA13B07625F4C9F1E1CF922851D82B78D | 09-02-2021 05:53:48 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 4 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash: 5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 08-19-2021 18:38:13 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 5 | Info Hash: 3626E37B98E6B3B07FCA8413F31B4B5010AF36A0<br>File Hash: 7209B9CB5CF161ED01492534490C4F80DEF5D69EEA452978FB71FEA61DAF32DD | 08-16-2021 05:23:25 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 6 | Info Hash: D016E2740C2ABCE9BC724747C7C1700B692127FA<br>File Hash: 1F1223960CD5F962D2DA22AE5AD62358CC365F90FD4B5DDF70BB097DC6867BEA | 08-06-2021 06:48:18 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 7 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash: 6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-03-2021 05:27:25 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 8 | Info Hash: AEA2A54A10B734C86EA9A7997223B49989896BE2<br>File Hash: 41041503E1C182A4AAAF199D41D54B74439B9907271000EF4C8CEF9F1DE3998C | 07-30-2021 20:34:39 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: CF38C8F975E28B97D557ECAD87A80286BF334D05<br>File Hash: A97729C052424294F9AD65D2D42E28AB9C55785415B7EFD2798FA6532BE2DC40 | 07-27-2021 17:29:21 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 10 | Info Hash: F7597C8E6D2E91D7740558BA1158A44EE5FF5AB2<br>File Hash: D6DB6AFD8199124A700E5125FB23511002837D7EBDC9A2FA01358D8EABC38D6B | 07-27-2021 16:00:36 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 11 | Info Hash: D868AF75E88D4458311F4BB5882BC2C292DF8E86<br>File Hash: AF2CA8B2EBA9FFD844C570A0AEE3DCA505B5F667FDF16D8CAF4A4FDD1F5F0581 | 07-21-2021 07:01:19 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 12 | Info Hash: FD17C5E159C050BE7489971D45A6256F4C23EC59<br>File Hash: F94DB7DEF9721BCB649CB610BB058D2BC4C13349DD937132519D8DCF4E043F4C | 07-21-2021 05:58:25 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 13 | Info Hash: 05926D256929D4E3557BF7DBE26A5DF0140DA580<br>File Hash: 12DB0B0E6F2AD6D47AF4BDC53CA5F62CAC99D03FF937B0796B3E6CF21057785D | 07-19-2021 08:11:57 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 14 | Info Hash: CA55EE0549539116BEEB98AFBC236DD49DC9DF63<br>File Hash: A5B3FE18786A566C886E2F259B85D1484B4D7BD0E2FD6499304446DFAEF2DB6A | 07-19-2021 07:50:57 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 15 | Info Hash: 53115092326FFAC693EC8DF35F7B913BFB316E73<br>File Hash: 8BE02C4F01263EA20AECD08608CD4E80226C3E940766E930747627F82FFE05D7 | 07-14-2021 20:30:17 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 16 | Info Hash: 44DBCFD36B5F365555FC1E6093BE4755B03FD862<br>File Hash: 5E4C939E1A6376733ED50A1750625A65FA8E08E2119898F459DEE9AD88D0C498 | 07-13-2021 06:58:55 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 17 | Info Hash: 5D1E1C67159441A582A2C3E9AEB0B463FA1526B8<br>File Hash: E71A16FB72AB74194E4880F7ED4415B287B8EC2BD9E6ACD6F47393F04F86B19A | 07-13-2021 06:04:01 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: DEAEF69A92F1519FAEC0425DEC4DC04534E71CF3<br>File Hash: 3CDA231B56F1E98746A3C2AE9ADD5702103A140C0D988E45ED3A56D5ADFF2FA5 | 07-10-2021 07:37:08 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 19 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash: 08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 07-10-2021 07:36:50 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 20 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 07-10-2021 07:10:20 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 21 | Info Hash: CA0B6A354CA008A43791F71E41EF820C7B24C003<br>File Hash: 4E3C98E692A7F114288C2BCA5C5DDFE903F02876CDF81EC7178AF0990257667C | 07-07-2021 17:27:34 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 22 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash: C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 06-16-2021 06:22:18 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 23 | Info Hash: 622195ABB8B53CD431F9F6A08A2BBF336C3DB775<br>File Hash: 4D10452541ECB322A2EE67ED442F7A49D24F2D9D541FBCF8F8C1DFDE9FEF4579 | 06-07-2021 03:22:32 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 24 | Info Hash: 96F2A2FE54897C6976D99571A34F3D62FA7BFC40<br>File Hash: B0ABB2EA184172B37654EB0615A31E39CFE0E51A68B97C7F3A549363D5362508 | 05-31-2021 07:58:38 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 25 | Info Hash: F0BB5EC44696955E214165B717DEB7B177B41FB8<br>File Hash: 3EC4C6B9B87FD56CE21D1918824C207541BA1402A0F4CDE9123FF706EEE2B930 | 05-28-2021 14:38:40 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 26 | Info Hash: 01CC874EEB1A3F109F1331F296881481C049C1BC<br>File Hash: 317780DD02B7F71213A1F399309D732F9D81F4221C301A2BBA1228F6565D807D | 05-05-2021 04:14:16 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 028A8A0FF5F3FD51CE1EFB57C64844D08BDA9CCA<br>File Hash: A153E9514330EDEA601B820B666002F7E25E8D2E636A3EB1DD5110D7DF25C02D | 04-21-2021 15:19:42 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 28 | Info Hash: D988C2A925C4A8FC2800072E904B087F80BCC10C<br>File Hash: A393D42903C49F4D6FEB39A1B7FB8306D6F97CE204944DD4A856914D685C3AB3 | 04-20-2021 20:04:22 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 29 | Info Hash: C3FB7277333208A9A5A6875DFC848D49EBF63316<br>File Hash: 62B9ECD5B5E4215A3A277FABECFAD4106237E5194C3DC0491B94AF579227FACE | 04-18-2021 04:59:42 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 30 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash: C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 04-17-2021 06:13:03 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 31 | Info Hash: F3A56FB24B2D38FBF36EA4BEDFA1229299BEF6F5<br>File Hash: B215D9EE13B23D22DEEB29D2EAB102D34CAF24679286EE578125674E5D884608 | 04-07-2021 07:11:50 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 32 | Info Hash: 8F956F468C97DAA77692ED5C69013C520596B3EE<br>File Hash: 2DF68BF9E1BFAC8B52D837B8256102DE91019D50018A1DA252384B399EECA879 | 04-01-2021 06:42:07 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 33 | Info Hash: 1AA50FE281B33A0650039471DEEC4033534E6527<br>File Hash: 5C234D07F22A0ECB58DAD1E36BE0DCC493EE38BF786B7BA3EE1C802E7A796850 | 04-01-2021 06:13:55 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 34 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 03-25-2021 06:27:25 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |
| 35 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-03-2021 08:03:24 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D9C65CC4999353893806B89C8982AA02126645EC<br>File Hash: 75C3636D4BE1D64637FED7B590A37AE6E82A2E4EB81FC9E2B9E14E9A01567AD4 | 03-01-2021 04:24:39 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 37 | Info Hash: F30A22936E8E8867366DE57004BC8BC14E48638B<br>File Hash: 2CC8001A1A1D2DDCFADFC7EE2D45B6003CF983D3080B567E02C0342A80CA2503 | 02-28-2021 09:51:47 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 38 | Info Hash: 0B2D244E6C372AFB4EA5ECAC53684B50CE489230<br>File Hash: 374F6A352D2777D9FA27B09765B01F663BEDFA9232A8570726A6A8DF3989D115 | 02-17-2021 23:22:07 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 39 | Info Hash: 37421282F85B17E30318E8303DE6C569C81A9D7C<br>File Hash: BD36E73379371BF1A57C7E59A128B19A3C9593C11C67A2EB38A104F18DBFBA57 | 02-17-2021 23:19:00 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 40 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 12-26-2020 09:38:59 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 41 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 12-26-2020 09:11:12 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 42 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 12-26-2020 08:57:52 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 43 | Info Hash: 0C1F5D1FDC3E888D77C07CD63B4CBE6502ED6D2D<br>File Hash: B102666EC3AF3550EAE94E349BFFC128271257A275E8BC5C4BA7CC64DEA5C64A | 12-04-2020 06:16:48 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 44 | Info Hash: 1416E89A90ED70C59B298F026035E4E8CF4349CA<br>File Hash: E7EF8497C4A17306740C81C0CACA8B2E5E19A5CBC7656420EDC77D3C9755B15F | 12-04-2020 05:49:52 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash: 443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 11-25-2020 23:46:54 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 46 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 11-18-2020 02:19:50 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 47 | Info Hash: 4D787ED138A585C1EECF0E44E83EC3D49004F7CD<br>File Hash: 3F3A696F9E26856B2C412E2CAC0F40309EC102098201BB4215583ADAC60829DB | 11-02-2020 02:45:40 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 48 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 10-15-2020 07:14:18 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 49 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 09-21-2020 07:12:34 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 50 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 09-20-2020 05:32:55 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 51 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-20-2020 05:31:02 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 52 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083<br>File Hash: 4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 09-13-2020 15:23:58 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 53 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 09-08-2020 01:38:13 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-06-2020 06:08:46 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 55 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA<br>File Hash: D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 09-06-2020 05:55:19 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 56 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-01-2020 04:45:09 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 57 | Info Hash: 0AB20EE3181E2157048233A9A4F197718A4CC458<br>File Hash: 5B2DF8CCF0678B5FD3F04E41958773BB4DB3B8A5B28FB75BC68AAA50B5661F92 | 08-30-2020 06:14:38 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 58 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 08-25-2020 05:51:12 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 59 | Info Hash: 857A581B7B90169EBF295CB5EE02A67AA62FB62B<br>File Hash: D2008653A6F23C5E2989F3168A993B5362D369D75F70A6E7AA62A4F14AE5A869 | 08-25-2020 05:23:05 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 60 | Info Hash: C0140CDE5238E4E5A57E2C8B199E3AE7D326D273<br>File Hash: F5788D6FE3355FE55DAA9D7DFD60A3A92F20CB64977A30035802E4313DF50F13 | 08-25-2020 04:39:29 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 61 | Info Hash: 83607F54EFC9155411A0F8BFEEA162C0CC95F388<br>File Hash: 9AD604D379BFCBC64D04820CAA539E7B51DAA6BFC2AE35327FD05631CFC39A09 | 08-16-2020 04:35:24 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 62 | Info Hash: 65613D2D97674DE680240229EA723605A88DDD13<br>File Hash: 4036513009E3F80756146CCC2278A5B10D4427A732689037B1275FDD8995EC8E | 08-09-2020 05:59:19 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: E114EF1DC05BAF634FFA8C5570FB6E2263F5FDF3<br>File Hash: F1D3086AC032FA572BB41B6BEDE64C938BB210D851E3D16466970DD56E84885A | 08-05-2020 04:40:33 | Blacked Raw | 08-03-2020 | 08-31-2020 | PA0002265631 |
| 64 | Info Hash: E295E17EABA72BC5E641123886926E57391DEB0E<br>File Hash: 25C30DB28A0AB5499B8B8AFA00FFAA3333ADA3D2EE835C39E836E39EC5E3C73E | 08-03-2020 03:51:08 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 65 | Info Hash: 857ECD8EC13C207984FDF9ED1AAB188B50013F5C<br>File Hash: 6A533C195A378EE2E2EEB458DF0433215FE1763F06885E4D646A316928808046 | 08-03-2020 03:43:35 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 66 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 07-22-2020 09:55:42 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 67 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07-20-2020 07:06:16 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 68 | Info Hash: 95853F2466E696799E6030A6C5410F9A3FD3ADBA<br>File Hash: E3B038233B3BCE53E296ED91A72B24706143F40866B819C3AE8F25BF386F6FB0 | 07-14-2020 05:20:43 | Tushy | 07-12-2020 | 07-20-2020 | PA0002248965 |
| 69 | Info Hash: 6E586B4657DEDCFEF85F11B4735EC5F3BE17B0B3<br>File Hash: BCB793B299B4BE45EA14C8F4901A98B4DB9B60C2ED899054FC6C19204ED3AB99 | 07-14-2020 04:39:15 | Blacked Raw | 07-13-2020 | 07-20-2020 | PA0002248963 |
| 70 | Info Hash: B0783D736ED41DCE735EE0A1CAD4ADA330571FB7<br>File Hash: 39604671B9439DB87DAD44F8A9AFFB26F0294433D4EE9922961F83E70084659D | 07-12-2020 04:39:01 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 71 | Info Hash: 7ADB92DFA4BD7AFE8F407D41D08A537912D38598<br>File Hash: 5C9EBF505653F50C9A9CFC60FEC9E64C81B913A8D640311E111EC910D77568EC | 07-08-2020 19:38:24 | Blacked | 10-12-2019 | 11-05-2019 | PA0002227087 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 5EC8097BB9C358F79C335417CA0163E751D0CC30 File Hash: 0E70FEE13CD40A97D9A0DBB4C766BE11608437F24B2F3552620674DD4438F136 | 06-28-2020 22:04:02 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 73 | Info Hash: A75B2BE53FAF478C0E99EDF3AE39F0992B3F371D File Hash: 4CE76C92BA04B5FDEC3F03D19DD58106C506129205DF0C5246A7BA454DC6170B | 06-28-2020 22:01:48 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 74 | Info Hash: 8D90336890FD58C2FB7C453655073A6A9DED159C File Hash: 7E7893E565093134CE8A63E075763683CB0C526B107CD5FC4630AA358FEF607E | 06-25-2020 05:19:07 | Tushy | 06-21-2020 | 08-03-2020 | PA0002259102 |
| 75 | Info Hash: 4ABE098B555904DF5631E5402A407651ABE47D5B File Hash: D1109482E7B4257C377E78062B28B301708258E0FB5475E1C5D7B5D4B0C45624 | 06-24-2020 14:25:29 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |
| 76 | Info Hash: BA5DC3EF8DA5096B1CD1ECD185924F57B28A4BEC File Hash: 7736C751BC525B52E9284AF975AEE6F7CDD09BC6D546AE4D804D5AB0E18A482B | 06-16-2020 11:10:22 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 77 | Info Hash: D7CE9CCF9692128CD31E183FD1ACFE34FB628227 File Hash: 2E8DD3EB766C2F003D4F763642BEB362AFC243A28C519556637784D07E621F6C | 06-14-2020 02:15:36 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 78 | Info Hash: CD7D2C6B5EDD7F8E506A3632F3722A7778C54CC5 File Hash: 4962AFEECC30E878153B68BF0E85B67EB2F96DAC61087AF6B5746419B7998A34 | 06-11-2020 07:02:07 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 79 | Info Hash: A958F4D04BCE42972873DB291BB71B9C555E997F File Hash: 582477A0485F022D944AD482C36DC27AAE2BF05E0A92A5A319A7BA0F73F33448 | 06-01-2020 20:23:26 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 80 | Info Hash: A2C6F9E7DDC2E66CD4EFF4581A33863CCDF5C8C0 File Hash: C37B84D6684D74F44BCA82E33DEE5C299416C5427994CB438C1CC5AF93D82EB3 | 05-31-2020 06:56:47 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 2462D72E61447ADFD2B93E76D9081D62F831E253<br>File Hash: B93BE94C1D9B31F0D1EF72478CC1428AE6B9229AB808236EA48DA61A02E4514A | 05-28-2020 17:16:31 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 82 | Info Hash: EB0DA6D71894CC4746C233179D18D793CBD4CFF4<br>File Hash: D97F51D033F074A6BDC685F950D6680BF94A566A048DB9BB6131513E87777ADF | 05-21-2020 07:06:36 | Blacked | 05-16-2020 | 06-22-2020 | PA0002245639 |
| 83 | Info Hash: 124B5F45FAB3CFCA5BAF0651DC29E32736B042BB<br>File Hash: 7A82FA42DDB07C3374BF78672D758775BDC6DC8C9BC64C7EAC836F158A786FAA | 05-18-2020 20:01:18 | Vixen | 02-28-2020 | 04-17-2020 | PA0002251744 |
| 84 | Info Hash: A4A8ECB69272EAABF6B5FFE4772BDA1969E8D348<br>File Hash: 2556B7D5CEC4E30191EA92A20BBECC62690509BF652B77B0B3BDA88CB75CC8BA | 05-12-2020 06:12:03 | Blacked Raw | 05-11-2020 | 06-08-2020 | PA0002243646 |